

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:            01-12-00898-CR

Trial Court Cause
Number:                  MD0314207

Style:                   Michael Joe Lyssy

                         **v** The State of Texas

Date motion filed[*]:    January 22, 2013

Type of motion:          Motion to Extend Time to file Appellant's Brief

Party filing motion:     Appellant

Document to be filed:    Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:                          January 16, 2013

    Number of previous extensions granted:      0

    Date Requested:                             May 16, 2013

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: <u>April 15, 2013</u>

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: <u>The motion is denied in part to the extent appellant requests 120-day extension.</u>

Judge's signature: /s/ <u>Michael Massengale</u>
        ☒ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: <u>January 25, 2013</u>